IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DAWNETTA M. WENDT AND DONALD S. WENDT,<br><br>       Plaintiffs,<br>vs.<br><br>WALMART, INC. d/b/a WALMART,<br><br>       Defendant. | Case No. 3:22-cv-49<br>**Iowa District Ct. Case No. LACE135205**<br><br>**NOTICE OF REMOVAL** |

**COMES NOW** Defendant Walmart Inc. d/b/a Walmart, ("Defendant") through its attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby remove the above-captioned cause of action from the Iowa District Court for Scott County to the United States District Court, Southern District of Iowa, Eastern Division. In support thereof, Defendant states the following:

1.     This action was originally filed by Plaintiffs against Defendant on or about July 29, 2022 in the Iowa District Court in and for Scott County, entitled *Dawnetta M. Wendt and Donald S. Wendt vs. Walmart, Inc. d/b/a Walmart*, Case No. LACE135205.  Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Petition at Law is attached as **Exhibit 1**.

2.     Personal service was made upon the Defendant's Registered Agent on August 1, 2022.

3.     This case may be removed from the Iowa District Court in and for Scott County to the United States District Court for the Southern District of Iowa, Eastern Division, pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

1

4. This is a civil action in which Plaintiffs Dawnetta M. Wendt and Donald S. Wendt claim that they are entitled to damages for personal injury resulting from an incident that occurred at the Walmart Store located at 3101 W. Kimberly Road, Davenport, Iowa on August 2, 2020. Plaintiffs are seeking past and future damages that include but not limited to medical and hospital expenses, loss of wages, past and future pain and suffering, past and future permanent injury and disability, loss of spousal consortium and other related damages. (*See* **Exhibit 1**, ¶ 10 and 12.) The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5. Defendant Walmart Inc. d/b/a Walmart is the sole Defendant in this action. Walmart Inc. is incorporated in Delaware and has its principal place of business in Bentonville, Arkansas, and is deemed to be a citizen of both Delaware and Arkansas pursuant to 28 U.S.C. 1332(c)(1).

6. Plaintiffs are residents of Woodhull, Illinois.

7. The time for filing this notice of removal has not run because thirty (30) days has not expired since August 1, 2022, the date on which the Defendant was personally served with the Original Notice and Petition at Law.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition at Law filed by the Plaintiffs is attached and incorporated herein by reference as **Exhibit 1**.

9. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution. Defendant has not been served with and is not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District Court for Scott County.

10. Counsel that has appeared on behalf of Plaintiffs in state court is:

Thomas E. Cady, AT0001388
CADY LAW FIRM, P.C.
800 – 36th Avenue, Suite 101
Moline, IL 61265
Telephone: (309) 524-3620
Facsimile: (309) 524-3623
E-mail: tom@cadylawfirm.com

11. This Notice of Removal is being served upon the Plaintiffs' counsel by electronic mail and is also being filed with the Clerk of the Iowa District Court in and for Scott County.

**WHEREFORE**, Defendant gives notice that the above-captioned action now pending against it in the Iowa District Court in and for Scott County is removed therefrom to the United States District Court for the Southern District of Iowa, Eastern Division.

Respectfully submitted,

*/s/ Luke C. Jenson*
Luke C. Jenson, AT0011892
Veronica Kirk, AT0009420
MWH LAW GROUP LLP
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail: luke.jenson@mwhlawgroup.com
E-mail: veronica.kirk@mwhlawgroup.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Cyndi R. Ellis*

I further certify that on August 11, 2022, I emailed a copy of the foregoing to opposing counsel at the address listed below:

Thomas E. Cady, AT0001388
CADY LAW FIRM, P.C.
800 – 36th Avenue, Suite 101
Moline, IL 61265
Telephone: (309) 524-3620
Facsimile: (309) 524-3623
E-mail: tom@cadylawfirm.com
*Attorney for Plaintiffs*

/s/ *Cyndi R. Ellis*