IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| DAWNETTA M. WENDT & DONALD S. WENDT, | ) ) ) |
| Plaintiff, | ) )   No. |
| v. | ) )   ORIGINAL NOTICE |
| WALMART INC. d/b/a WALMART, | ) ) ) |
| Defendant. | ) |

TO THE ABOVE-NAMED DEFENDANT:

> Walmart Inc.
> C T Corporation System
> 400 E Court Avenue
> Des Moines, IA 50309

You are hereby notified that there is now on file in the office of the clerk of the above court, a Petition in the above-entitled action, a copy of which petition is attached hereto. The plaintiff's attorney is Thomas E. Cady, Cady Law Firm, P.C., whose address is 800 36th Avenue, Suite 101, Moline, Illinois 61265, telephone: 309-524-3620, email: tom@cadylawfirm.com.

You are further notified that unless, within 20 (twenty) days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter, file a motion or answer in the Iowa District Court for Scott County, at the county courthouse in Davenport, Iowa, judgment by default will be rendered against you for the relief demanded in the Petition.

(SEAL)

# Iowa Judicial Branch

Case No. **LACE135205**
County **Scott**

Case Title **WENDT DAWNETTA VS WALMART INC**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued **07/29/2022 04:21:55 PM**



*District Clerk of Court or/by Clerk's Designee of* Scott  *County*
**/s/ Shelley Korf**

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| DAWNETTA M. WENDT & <br> DONALD S. WENDT, <br>     Plaintiffs, <br> v. <br> WALMART, INC. d/b/a <br> WALMART, <br>     Defendant. | No. <br><br> PETITION AT LAW |

COME NOW the Plaintiffs, Dawnetta M. Wendt and Donald S. Wendt, by and through their attorney, Thomas E. Cady, and states as follows for their Petition at Law against the Defendant, Walmart, Inc d/b/a Walmart (hereinafter, "Walmart"):

## COUNT I – NEGLIGENCE

1. Plaintiffs, Dawnetta M. Wendt and Donald S. Wendt, were at all times material to this Petition residents of Woodhull, Illinois.

2. On August 2, 2020 defendant Walmart owned and operated a retail store located at 3101 W. Kimberly Road, Davenport, IA.

3. On August 2, 2020 there was no rain or other precipitation at or around the Walmart store located at 3101 W. Kimberly Road, Davenport, IA.

4. On August 2, 2020 an employee of Walmart had been mopping just inside the door of the Walmart referenced above.

5. At said time and place Walmart had not put up a "wet floor" sign or other notification to put customers entering the premises on notice that the floor was wet.

6. On August 2, 2020 Plaintiff Dawnetta Wendt entered the Walmart store in question and slipped on the wet floor, fell and was injured.

7. As the owner and operator of a retail establishment Walmart owed a duty to the public and to Dawnetta Wendt specifically to operate and maintain their property in a reasonably safe manner and maintain safe conditions for the benefit of the public entering their store.

8. Walmart was negligent and breached its duty to Dawnetta Wendt by failing to maintain their floor in a reasonably safe condition by allowing water on the floor and not putting up a "wet floor" sign or otherwise notifying her that the floor was wet.

9. Walmart's negligence was the proximate cause of Dawnetta Wendt's injuries.

10. As a result of said injuries, Dawnetta Wendt suffered in the past, and will continue to suffer in the future, damages that include but are not limited to medical and hospital expenses, loss of wages, past and future pain and suffering, and past and future permanent injury and disability.

WHEREFORE, Plaintiff requests the Court enter an Order awarding her damages against Defendant Walmart in excess of the small claims jurisdiction with interest as provided by law plus costs of litigation.

## COUNT II – LOSS OF CONSORTIUM

1-10. Plaintiff Donald S. Wendt repeats and repleads paragraphs 1 through 10 of Count 1 as if set forth fully herein.

11. On August 2, 2020 Plaintiffs Dawnetta M. Wendt and Donald S. Wendt were married and have remained married to date.

12. As a result of the negligence of the Defendant Walmart and the resulting injuries to Plaintiff Dawnetta M. Wendt, Plaintiff Donald S. Wendt has been deprived of the companionship, aid, service, affection, and society of his wife.

WHEREFORE, Plaintiff Donald S. Wendt requests the Court enter an Order awarding him damages against Defendant Walmart in excess of the small claims jurisdiction with interest as provided by law plus costs of litigation.

CADY LAW FIRM, P.C.

By: _____

Thomas E. Cady (AT0001388)
Cady Law Firm, P.C.
800 - 36th Avenue, Suite 101
Moline, IL 61265
Telephone: 309-524-3620
Fax: 309-524-3623
tom@cadylawfirm.com
Attorney for Plaintiff

E-FILED 2022 JUL 29 1:57 PM SCOTT - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| DAWNETTA M. WENDT & DONALD S. WENDT, | ) ) ) |
| Plaintiffs, | ) No. ) |
| v. | ) JURY DEMAND ) |
| WALMART INC. d/b/a WALMART, | ) ) |
| Defendant. | ) |

COME NOW the Plaintiffs, Dawnetta M. Wendt & Donald S. Wendt, by and through their attorney, Thomas E. Cady, and demand a jury of all issues in the above-captioned matter.

Cady Law Firm, P.C.

By: _____
Thomas E. Cady (#AT0001388)
Cady Law Firm, P.C.
800 36th Avenue, Suite 101
Moline, IL 61265
T: (309) 524-3620
F: (309) 524-3623
tom@cadylawfirm.com
Attorney for Plaintiffs